1  JORDAN S. STANZLER (State Bar No. 054620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  180 Montgomery Street, Suite 1700
   San Francisco, CA 94104
3  Telephone: (415) 677-1450
   Fax: (415) 677-1476
4
5  Attorneys for Plaintiff
   FOSTER FARMS DAIRY

6
7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
   SONNENSCHEIN NATH & ROSENTHAL LLP
8  685 Market Street, 6th Floor
   San Francisco, California 94105
9  Telephone:  (415) 882-5000
   Facsimile:  (415) 543-5472
10
11 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY



FILED
DEC 07 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOSTER FARMS DAIRY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | No. C 03 02426 MJJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUANCE OF<br>DISCOVERY CUT-OFF |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the Court has set a December 30, 2005 discovery cut-off in this case;

WHEREAS, plaintiff wishes to depose Allstate employee Joseph Grazulis, who resides in the Chicago metropolitan area;

CASE NO. C 03 02426 MJJ                         1                         STIP. AND [PROPOSED] ORDER
                                                                          RE DISCOVERY CUT-OFF

Case 3:03-cv-02426-MJJ   Document 45   Filed 12/07/05   Page 2 of 2
From: STANZLER FUNDERBURK   4156771476   11/09/2005 10:27 #668 P.003/003
Case 3:03-cv-02426   Document 44   Filed 12/05/2005   Page 2 of 2

NOV-07-2005  11:44 AM   Sonnenschein, Nath   415-882-0300

1  WHEREAS, the earliest date on which the deposition of Mr. Grazulis can occur is
2  December 16, 2005, in light of the winter holidays, the travel time between Illinois and California
3  and the competing schedules of counsel and Mr. Grazulis;
4  WHEREAS, plaintiff contemplates that the deposition of Mr. Grazulis might necessitate
5  additional discovery that could not be completed before the December 30, 2005 discovery cut-off;
6  WHEREAS a thirty-day continuance of the discovery cut-off will not affect any other
7  case management dates set by the Court;
8  IT IS HEREBY STIPULATED AND AGREED that the discovery cut-off should be
9  continued by 30 days, to January 30, 2006.
10  IT IS SO STIPULATED.

11  Dated: November __, 2005        Respectfully submitted,
12                                   STANZLER FUNDERBURK & CASTELLON LLP
14                                   By _____
15                                        Jordan Stanzler
16                                   Attorneys for Plaintiff
                                     FOSTER FARMS DAIRY
17  Dated: November 10, 2005         SONNENSCHEIN NATH & ROSENTHAL LLP
19                                   By _____
20                                        Michael Barnes
21                                   Attorneys for Defendant
22                                   ALLSTATE INSURANCE COMPANY

24  IT IS SO ORDERED.
25
26  12/7/05                          _____
27                                   U.S. District Court Judge
28
    CASE NO. C 03 02426 MJJ                       2                   STIP. AND [PROPOSED] ORDER
                                                                      RE DISCOVERY CUT-OFF