1  Jordan S. Stanzler (State Bar No. 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  180 Montgomery Street, Suite 1700
   San Francisco, CA 94104
3  Telephone: (415) 677-1450
   Facsimile: (415) 677-1476
4
   Attorneys for Plaintiff
5  FOSTER FARMS DAIRY

6  Michael Barnes (State Bar No. 121314)
   Sonia Martin (State Bar No. 1911480
7  SONNENSCHEIN NATH & ROSENTHAL LLP
   685 Market Street, 6th Floor
8  San Francisco, CA 94105
   Telephone: (415) 882-5000
9  Facsimile: (415) 543-5472

**FILED**

DEC 27 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

FOSTER FARMS DAIRY,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
DOES 1 through 50, inclusive,

    Defendants.

Case No. C 03-02426 MJJ

STIPULATION AND [PROPOSED]
ORDER RE CONTINUATION OF
DEADLINES SET BY CASE
MANAGEMENT ORDER

    The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

    WHEREAS, the Court has set the following cut-off dates in this case:

    1.    Designation of Experts: January 6, 2006;

    2.    Expert Reports: January 13, 2006;

    3.    Designation of Supplemental/Rebuttal Experts: January 27, 2006;

    4.    Supplemental Rebuttal Reports: January 27, 2006;

1  5. Settlement Conference before Magistrate Chen: February 2, 2006;
2  6. Expert discovery: February 3, 2006;
3  7. Dispositive motions: February 28, 2006;
4  8. Pre-Trial Conference: April 4, 2006;
5  9. Trial: April 17, 2006;

WHEREAS, the Court extended the discovery cut-off to January 31, 2006 by order of December 7, 2005;

WHEREAS, settlement conference statements are due to be filed by January 19, 2006;

NOW, THEREFORE, the parties respectfully request a sixty-day extension of each of the above dates to allow for discovery to be completed and settlement discussed in a more orderly fashion. Various witnesses have been unavailable for deposition for a variety of reasons. Various discovery disputes have arisen. The parties are seeking to resolve these issues amicably, but cannot do within the parameters of the present schedule.

IT IS HEREBY SO STIPULATED AND AGREED as to the following cut-off dates:

1. Discovery Cut-Off: March 3, 2006;
2. Designation of Experts: March 7, 2006;
3. Settlement Conference Statements: March 13, 2006;
4. Settlement Conference: March 20, 2006;
5. Expert Reports: March 21, 2006;
6. Designation of Supplemental/Rebuttal Experts: April 4, 2006;
7. Supplemental Rebuttal Reports: April 4, 2006;
8. Expert discovery: April 11, 2006;
9. Dispositive motions: April 29 2006;
10. Pre-Trial Conference: June 6, 2006;
11. Trial: June 19, 2006.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December __, 2005 | STANZLER FUNDERBURK & CASTELLON LLP |
| | By: ___Jordan S. Stanzler//ss___ |
| | Jordan S. Stanzler, Esq. |
| | Attorneys for Plaintiff<br>FOSTER FARMS DAIRY |
| Dated: December 21, 2005 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | By: _____ |
| | Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |

IT IS SO ORDERED:

_____
United States District Court Judge