**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FOSTER FARMS DAIRY,                      No. C-03-02426 MJJ (EDL)

12              Plaintiff,                     **ORDER RE: PRODUCTION OF
                                              DOCUMENTS LODGED <u>IN CAMERA</u>**
13        v.

14   ALLSTATE INSURANCE COMPANY,

15              Defendant.
     _____/
16

17        On March 28, 2006, the Court held a hearing on Plaintiff's Motion to Compel Further

18   Responses to Discovery and a Witness for Deposition.  At issue in that motion was, *inter alia*,

19   production of portions of Defendant's Claims Manual.  Defendant lodged the Claims Manual for <u>in</u>

20   <u>camera</u> review.

21        The Court has reviewed the Claims Manual and grants Plaintiff's motion to compel

22   production of the Manual as follows.  Chapters 2, 3, 5, 7 and 8 of the Casualty section of the Manual

23   shall be produced to Plaintiff.  Chapter 6 of that section shall also be produced, with the exception of

24   the sections entitled, "Mandatory Referrals - Litigation & Employment Law," and "Litigation &

25   Employment Law Referral Criteria Comments."   Defendant need not produce the Property section.

26   In ordering this production, the Court erred on the side of production of documents that could

27   possibly lead to admissible evidence regarding the handling of a claim like the one in this case, even

28   if they were not directly related to that issue.  The documents shall be treated as confidential and

     //

1    used solely for this litigation.

2    **IT IS SO ORDERED.**

3    Dated: March 30, 2006

4    _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2