UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER FARMS DAIRY,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>          Defendant.<br>_____/ | No. C-03-2426 MJJ (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

You are hereby notified that a further settlement conference is scheduled for **May 2, 2006, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦ **Further Settlement Conference statements shall be lodged with the Court by April 25, 2006. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///

1   The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
2   522-4050 if this case settles prior to the date set for further settlement conference.

4   IT IS SO ORDERED.

6   Dated:  March 31, 2006

    _____
    EDWARD M. CHEN
    United States Magistrate Judge

2