| | |
|---|---|
| 1 | ROBERT D. SWANSON, SBN 162816 |
| 2 | **BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.** |
| 3 | 555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814-4603 |
| 4 | Telephone: (916) 321-4444<br>Fax: (916) 441-7597 |

ANDRE HASSID, SBN 66145
**LAW OFFICE OF ANDRE HASSID**
670 AUGUSTA DRIVE
MORAGA, CA 94556
Telephone: (925) 247-0050
Fax: (925) 871-4067

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOSTER FARMS DAIRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE INSURANCE COMPANY and ALEX VALDEX AND DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No.: C03-02426<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER**<br>GRANTED<br><br>**Date Action Filed:** May 22, 2003<br>**Trial Date:** June 19, 2006<br>**Judge:** Hon. Martin J. Jenkins |

Plaintiff Foster Farms Dairy substitutes Robert D. Swanson of the firm of Boutin Dentino Gibson Di Giusto Hodell Inc., 555 Capitol Mall, Suite 1500, Sacramento, California 95814 and Andre Hassid of the Law Offices of Andre Hassid, 670 Augusta Drive, Moraga, California 94556,

1
Substitution of Attorneys and Order

::ODMA\PCDOCS\DOCS\98221\1

1  as its attorneys of record in this action in place of Jordan S. Stanzler and Stanzler Funderburk &
2  Castellon LLP.

3  Dated:  April 24, 2006             FOSTER FARMS DAIRY

5                                      By: _____/s/_____
                                       Its: _____Claim Manager_____

7  Dated:  April 25, 2006             BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

9                                      By: _____/s/_____
                                              Robert D. Swanson

12 Dated:  April 25, 2006             LAW OFFICE OF ANDRE HASSID

14                                     By: _____/s/_____
                                              Andre Hassid

16 Dated:  April 25, 2006             STANZLER FUNDERBURK & CASTELLON LLP

18                                     By: _____/s/_____
                                              Jordan S. Stanzler

21 **IT IS SO ORDERED.**

22  5/10/2006                          _____[signature]_____
                                       United States District Court

2
Substitution of Attorneys and Order

::ODMA\PCDOCS\DOCS\98221\1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Substitution of Attorneys and Order
::ODMA\PCDOCS\DOCS\98221\1