ROBERT D. SWANSON (State Bar No. 162816)
BOUTIN DENTINO GIBSON DIGUISTO HODELL, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916.321.4444
Fax: 916.441.7597

Attorneys for Plaintiff
FOSTER FARMS DAIRY

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, California 94105
Telephone:    (415) 882-5000
Facsimile:    (415) 543-5472

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOSTER FARMS DAIRY, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | No. C 03 02426 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, a Pretrial Conference is scheduled to take place in this case on June 6, 2006;

WHEREAS, the Court has ordered the parties to file a joint pretrial conference statement, to file jury instructions, and to exchange exhibits no later than May 17, 2006;

CASE NO. C 03 02426 MJJ     1     STIP. AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES

1       WHEREAS, the Court has ordered the parties to file motions in limine, exhibit and
2 witness lists, objections to other evidence, proposed questions for voir dire and verdict forms no
3 later than May 22, 2006;
4       WHEREAS, the parties' cross-motions for summary judgment were heard on May 2,
5 2006 and the Court has not yet ruled on those motions;
6       WHEREAS, the parties' pretrial preparation and submissions will be significantly
7 impacted by the Court's ruling on the cross-motions for summary judgment;
8       WHEREAS, a continuance of the May 17, 2006 and May 22, 2006 pretrial deadlines will
9 not effect the trial date or the date of the pretrial conference;
10       IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to file a
11 pretrial statement, to file jury instructions, and to exchange exhibits is continued from May 17,
12 2006 to May 24, 2006;
13       IT IS FURTHER STIPULATED AND AGREED that the deadline for the parties to file
14 motions in limine, exhibit and witness lists, objections to other evidence, proposed questions for
15 voir dire and verdict forms shall be continued from May 22, 2006 to May 30, 2006.
16       IT IS FURTHER STIPULATED AND AGREED that the deadline for the parties to file
17 oppositions to motions in limine shall be continued from May 30, 2006 to ~~June 5, 2006~~ June 2, 2006.
18       IT IS SO STIPULATED.

19   Dated: May 12, 2006           Respectfully submitted,

20                               BOUTIN DENTINO GIBSON DIGUISTO
21                               HODELL, INC

22

23                               By         /S/
                                  Robert D. Swanson
24
25                               Attorneys for Plaintiff
                              FOSTER FARMS DAIRY

26

27

28

| | | |
|---|---|---|
| 1 | Dated: May 12, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2 | | |
| 3 | | By _____/S/_____ |
| 4 | | Michael Barnes |
| 5 | | Attorneys for Defendant |
| 6 | | ALLSTATE INSURANCE COMPANY |

IT IS SO ORDERED.

5/15/2006

_____
U.S. District Court Judge

CASE NO. C 03 02426 MJJ     3     STIP. AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES