ROBERT D. SWANSON, SBN 162816
**BOUTIN DENTINO GIBSON**
**DI GIUSTO HODELL INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Fax: (916) 441-7597

ANDRE HASSID, SBN 66145
**LAW OFFICE OF ANDRE HASSID**
670 AUGUSTA DRIVE
MORAGA, CA 94556
Telephone: (925) 247-0050
Fax: (925) 871-4067

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOSTER FARMS DAIRY, | **Case No.: C03-02426 MJJ** |
| Plaintiff, | **[PROPOSED] ORDER RE:** |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ALLSTATE INSURANCE COMPANY and ALEX VALDEX AND DOES 1 through 50, inclusive, | **Honorable Martin J. Jenkins** |
| Defendants. | |

The Court hereby Orders that this action is dismissed wit prejudice in accordance with the Stipulation for Dismissal attached hereto as Exhibit A.

**IT IS SO ORDERED.**

Dated: 6/22/2006

_____
Martin J. Jenkins
Judge of the United States District Court

1
[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
::ODMA\PCDOCS\DOCS\104576\1